UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

OKE JULIAN EWHRUDJAKPOR,

Plaintiff,

v.

REM HENNEPIN, INC. and
GREAT WEST LIFE ANNUITY
INSURANCE COMPANY,

Defendants.

CIVIL NO. 01-1736 (DSD/JMM)

PRETRIAL SCHEDULING ORDER

Pursuant to Rule 16 of the Federal Rules of Civil Procedure and the Local Rules of this Court, and in order to secure the just, speedy and inexpensive determination of this action, the following schedule shall govern these proceedings. The schedule may be modified only upon formal motion and a showing of good cause as required by Local Rule 16.3.

Pleadings/Disclosures

November 7, 2001 - All pre-discovery disclosures required by Rule 26(a)(1) shall be completed.

November 16, 2001 - All motions which seek to amend the pleadings or add parties must be served and filed.

Discovery/Nondispositive Motions

Defendants intend to present a Motion for a Protective Order against discovery. The Parties agreed upon the following schedule for the presentation of the required pleadings:

November 16, 2001 - Moving party

November 30, 2001 - Responding Party

Filed OCT 29 2001
Richard Sletten, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

| | |
|---|---|
| December 7, 2001 - | Reply |
| December 10, 2001, 9:30 a.m. | Oral argument before the undersigned on said motion, in Courtroom 628B, U.S. Courthouse, 316 North Robert Street, St. Paul, Minnesota. |

Following the Court's ruling upon the Motion, a final Pretrial Scheduling Order will issue.

Dated: October 29, 2001

JOHN M. MASON
United States Magistrate Judge