UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Oke Julian Ewhrudjakpor,

Plaintiff,

vs.

REM Hennepin, Inc., a Minnesota Corporation; Preferred One, a Minnesota Corporation; and Great-West Life & Annuity Insurance Company, a foreign corporation,

Defendants.

Civil No. 01-1736 (DSD/JMM)

ORDER

---

UPON THE FOREGOING STIPULATION, IT IS HEREBY ORDERED:

That all claims in the above-entitled action, together with all causes of action, claims and counterclaims which were or might have been alleged therein, shall be dismissed with prejudice and on the merits, but without costs awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated this 12th day of December, 2001.

BY THE COURT:

The Honorable David S. Doty
Judge of United States District Court

FILED 12-12-01
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 12-12-01
DEPUTY CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Oke Julian Ewhrudjakpor,

Plaintiff,

vs.

REM Hennepin, Inc., a Minnesota Corporation; Preferred One, a Minnesota Corporation; and Great-West Life & Annuity Insurance Company, a foreign corporation,

Defendants.

Civil No. 01-1736 (DSD/JMM)

STIPULATION OF DISMISSAL WITH PREJUDICE

WHEREAS, the parties hereto wish to settle all of their differences without further costs to any of them;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Oke Julian Ewhrudjakpor and Defendants REM Hennepin, Inc., and Great-West Life and Annuity Insurance Company, that all claims asserted against Defendants in the above-entitled action, together with all causes of action, claims and counterclaims which were or which might have been alleged therein between Plaintiff and Defendants, may be dismissed with prejudice and on the merits but without costs awarded to any party, and that the Court may enter an order in the form attached without further notice to any party.

**PETERSON & NELSON**

Dated: NOVEMBER 16, 2001

By: [signature]
Dan K. Nelson
871 East Seventh Street
St. Paul MN 55106
Attorneys for Plaintiff

FILED________
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________

Dated: December 5, 2001

**SUSAN L. SEGAL PLLC**

By: Susan Segal

Susan L. Segal
950 Flour Exchange Building
310 – 4th Avenue South
Minneapolis MN 55415
Attorney for Defendant
REM Hennepin, Inc.

Dated: December 10, 2001

**RIDER, BENNETT EGAN & ARUNDEL, LLP**

By: Doreen A. Mohs

Doreen A. Mohs
333 South Seventh Street
Suite 2000
Minneapolis MN 55402
Attorneys for Defendant
Great-West Life Annuity Insurance Company

**Please forward this announcement to the recipient of this fax.**

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

**For additional information on either program please visit our website at www.mnd.uscourts.gov.**

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500